UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA ACEVEDO DE RODRIGUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No.: 1:15-cv-01199- JLT<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 12) |

On March 21, 2016, the parties filed a stipulation for an extension of thirty days for Plaintiff to file an opening brief. (Doc. 12) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 4 at 1), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED** nunc pro tunc; and
2. Plaintiff **SHALL** file an opening brief on or before **April 22, 2016**.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1